FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Nov 01, 2022_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                              Plaintiff

v.                                                              Criminal Action No. 3:20-cr-061-RGJ

FRANK TRAMMELL, JR.                                                              Defendants
KHALID ASHANTI RAHEEM, II

\* \* \* \* \*

**JURY INSTRUCTIONS**

# DEFINITION OF THE CRIME
## Counts 17, 18, 20: Possession of a Firearm by a Convicted Felon

The indictment charges Defendant Frank Trammell, Jr. and Defendant Khalid Ashanti Raheem, II with possession of a firearm by a convicted felon, as follows:

| COUNT | Defendant | Firearm | DATE |
|---|---|---|---|
| 17 | Frank Trammell, Jr | F.N., Model Five-Seven, 5.7 millimeter pistol, bearing serial number 386366580 or a Del-Ton Inc., Model DTI-15, 5.56 millimeter pistol, bearing serial number DTI-S198891 | December 11, 2019 |
| 18 | Frank Trammell, Jr | Ruger, Model Ruger-57, 5.7x28 millimeter caliber firearm, bearing serial number 641-34575, or ammunition, or an FN, Model Five-Seven, 5.7x28 millimeter caliber firearm, bearing serial number 386366580, or ammunition | July 15, 2020 |
| 20 | Khalid Ashanti Raheem, II | a Glock, Model 30S, .45 caliber firearm, bearing serial number YMR969, or ammunition, or a Taurus, Model PT709 Slim, 9 millimeter caliber firearm, bearing serial number TJY08133, or ammunition | July 15, 2020 |

For you to find the defendants guilty of this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

First: That the defendant(s) has been convicted of a crime punishable by imprisonment for more than one year. The government and the defendant have agreed that the defendant has previously been convicted of a crime punishable by imprisonment for more than one year. Therefore, you must accept this fact as proved.

Second: That the defendant(s), following his conviction, knowingly possessed the firearm specified in the indictment.

Third: That at the time the defendant(s) possessed the firearm or ammunition, he knew he had been convicted of a crime punishable by imprisonment for more than one year. The government and the defendant have agreed that

|  | the defendant knew he had been convicted of a crime punishable by imprisonment for more than one year.  Therefore, you must accept this fact as proved. |
|---|---|
| Fourth: | That the specified firearm or ammunition crossed a state line prior to the alleged possession.  It is sufficient for this element to show that the firearm or ammunition was manufactured in a state other than Kentucky. |

Now I will give you more detailed instructions on some of these elements.

A) To establish actual possession, the government must prove that the defendant(s) had direct, physical control over the firearm, and knew that he had control of it.

    a. ACTUAL AND CONSTRUCTIVE POSSESSION: Next, I want to explain something about possession. The government does not necessarily have to prove that the defendant physically possessed the firearm for you to find him guilty of this crime. The law recognizes two kinds of possession—actual possession and constructive possession. Either one of these, if proved by the government, is enough to convict.

        i. To establish actual possession, the government must prove that the defendant had direct, physical control over the firearm, and knew that he had control of it.

        ii. To establish constructive possession, the government must prove that the defendant had the right to exercise physical control over the firearm, and knew that he had this right, and that he intended to exercise physical control over firearm at some time, either directly or through other persons.

        iii. For example, if you left something with a friend intending to come back later and pick it up, or intending to send someone else to pick it up for you, you would have constructive possession of it while it was in the actual possession of your friend.

    iv. But understand that just being present where something is located does not equal possession. The government must prove that the defendant had actual or constructive possession of the firearm, and knew that he did, for you to find him guilty of this crime. This, of course, is all for you to decide.

   b. JOINT POSSESSION: One more thing about possession. The government does not have to prove that the defendant was the only one who had possession of the firearm. Two or more people can together share actual or constructive possession over property. And if they do, both are considered to have possession as far as the law is concerned. But remember that just being present with others who had possession is not enough to convict. The government must prove that the defendant had either actual or constructive possession of the firearm, and knew that he did, for you to find him guilty of this crime. This, again, is all for you to decide. The defendant does not have to own the firearm in order to possess the firearm.

B) The term "firearm" means any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive.

C) The term "knowingly" means voluntarily and intentionally, and not because of mistake or accident.

If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                    Plaintiff

v.                                                                   Criminal Action No. 3:20-cr-061-RGJ

FRANK TRAMMELL, JR.                                                                       Defendants
KHALID ASHANTI RAHEEM, II

## **VERDICT FORM**

**Count 17 – Possession of a Firearm by a Felon**

Question 1.  With respect to the charge in Count 17, Possession of a Firearm by a Felon on December 11, 2019, we, the jury, find the defendant, Frank Trammell, Jr.:

GUILTY_____                    NOT GUILTY_____

_____   _____
Foreperson                                                  Juror No.

Date: _____

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                              Plaintiff

v.                                                                    Criminal Action No. 3:20-cr-061-RGJ

FRANK TRAMMELL, JR.                                                                 Defendants
KHALID ASHANTI RAHEEM, II

**VERDICT FORM**

**Count 18 – Possession of a Firearm by a Felon**

Question 1.  With respect to the charge in Count 18, Possession of a Firearm by a Felon on July 15, 2020, we, the jury, find the defendant, Frank Trammell, Jr.:

    GUILTY_____                    NOT GUILTY_____

_____   _____
Foreperson                                              Juror No.

Date: _____

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                                         Criminal Action No. 3:20-cr-061-RGJ

FRANK TRAMMELL, JR.                                                                      Defendants
KHALID ASHANTI RAHEEM, II

## **VERDICT FORM**

**Count 20 – Possession of a Firearm by a Felon**

Question 1.  With respect to the charge in Count 20, Possession of a Firearm by a Felon on July 15, 2020, we, the jury, find the defendant, Khalid Ashanti Raheem, II:

GUILTY_____                    NOT GUILTY_____

_____    _____
Foreperson                                         Juror No.


Date: _____

3